| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | **TRANSCRIPT ORDER** **Please use one form per case** *Please read instructions on next page* | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| **1a.** CONTACT PERSON FOR THIS ORDER | **2a.** CONTACT PHONE NUMBER | **3a.** CONTACT EMAIL ADDRESS |
|---|---|---|
| Irma Reyes | 619-234-8467 | Irma_Reyes@fd.org |

| **1b.** ATTORNEY NAME (if different) | **2b.** ATTORNEY PHONE NUMBER | **3b.** ATTORNEY EMAIL ADDRESS |
|---|---|---|
| Arshi Baig | 619-234-8467 | Arshi_Baig@fd.org |

| **4.** MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | **5.** CASE NAME | **6.** CASE NUMBER |
|---|---|---|
| 225 Broadway Suite 900 San Diego, CA 92101 | Reda Mazen Rida Sabassi | 26MJ3580-SBC |

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**a.** HEARING(S) (OR PORTIONS OF HEARINGS) — **b.** SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* — **c.** DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($34) | ORDINARY (30-day $4.40 pp) | 14-DAY ($5.10 pp) | EXPEDITED (7-day $5.85 pp) | 3-DAY ($6.55 pp) | DAILY (Next Day $7.30 pp) | HOURLY (2 hrs $8.70 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/16/26 | SBC | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

| ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional). **9. SIGNATURE** s/Arshi Baig | **10.** DATE 6/16/26 |
|---|---|

[ Clear Form ]  [ Print to PDF ]

# Federal Defenders of San Diego, Inc.

# PURCHASE ORDER

**TO:**

| |
|---|
| Noemy Martinez, <br> U.S. District Court <br><br> Tel. # (      ) |

**Purchase Order #26-T-180-AXB**
**Prepared by:  IXR**
**Date:  6/17/2026**

**Send to:**   __Irma_Reyes@fd.org__   , **Attorney and**   __arshi_baig@fd.org__   , **Assistant Paralegal**

| | | | |
|---|---|---|---|
| Case Name: | ***U.S. v. Sabassi*** | Case No.: | 26MJ3580-SBC |

Proceedings in which transcript to be used*: _____

☐ ORIGINAL    ☐ COPY    ☐ 14-DAY    ☐ EXPEDITED    ☐ 3-DAY    ☒ DAILY    ☐ HOURLY

| Item No. | Proceeding[s] Requested <br> Trial transcripts must be specified by portion, i.e., <br> opening, closing, jury instructions, etc. | Date[s] | Reporter | Judge |
|---|---|---|---|---|
| 1. | Detention Hearing | 6/16/26 | (CD# 6/16/2026 SBC 26-1:2:13-3:03) | SBC |

**Purchased by: Federal Defenders of San Diego, Inc. 225 Broadway Suite 900, San Diego, CA 92101-5030 – (619) 234-8467**

*\*Attach Attorney Memo for non-Appeal, Hourly, Daily, 14-day or Expedited Transcripts*

Requested by: *Arshi Baig*   Date: __6/17/26__
Arshi Baig, Trial/Appellate Attorney

Approved by: *Kasha Castillo*   Date: __6/17/26__
KASHA K. CASTILLO, Executive Director

Transcript request was mailed/delivered to court reporter on:   __6/17/2026__
*(Please circle delivery type. If e-mailed, pleased attach copy of email request.)*

| Billing Info. | No. of Pages | Rate per Page | Total Cost |
|---|---|---|---|
| ORIGINAL | | | |
| COPY | | | |

**For FDSDI staff use only:**

I certify that the transcript was received.

By: _____   Date: _____